IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| MICHAEL H. MURPHY, an individual; | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| VS. | ) CIVIL ACTION NO. 4:09-cv-00027 |
| | ) |
| SMITHKLINE BEECHAM | ) |
| CORPORATION, d/b/a | ) |
| GLAXOSMITHKLINE, a Pennsylvania | ) |
| Corporation, ET AL., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF AMENDED COMPLAINT

COMES NOW the Plaintiff, Michael H. Murphy, by and through counsel of record, C. Carter Clay, and amends his original complaint heretofore filed in this cause to correct the style of the case.

1. This case was originally filed on November 24, 2008, and styled *James H. Battles, an individual and Michael H. Murphy, an individual vs. Smithkline Beecham Corporation, et al., Civil Action No. 4:08-cv-02211*.

2. On December 29, 2008, Michael H. Murphy's case was severed from the *Battles* case and was assigned the new case number of 4:09-cv-00027 on January 7, 2009.

3. Plaintiff hereby files this Amended Complaint to remove any and all further reference to James Battles. The case should now be simply styled as *Michael H. Murphy vs. Smithkline Beecham Corporation, et al.*

/s/ C. Carter Clay
C. Carter Clay (ASB-2907-Y85C)
Attorney for Plaintiff

OF COUNSEL:

PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
2001 Park Place North, Suite 1100
Birmingham, AL 35203
(205) 322-8880
(205) 328-2711 facsimile
E-mail: pdkh-efiling@pdkhlaw.comc

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing with the Clerk of Court via CM/ECF system which will serve upon all counsel of record electronically a copy of same on this the 26th day of June, 2009.

Russell C. Buffkin, Esquire
HELMSING, LEACH, HERLONG, NEWMAN & ROUSE
P.O. Box 2767
Mobile, AL 36652

/s/ C. Carter Clay
OF COUNSEL